MORGAN, LEWIS & BOCKIUS LLP
Tera M. Heintz (State Bar No. 241414)
tera.heintz@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001

MORGAN, LEWIS & BOCKIUS LLP
Joseph Bias (SBN 257127)
joseph.bias@morganlewis.com
Alyssa D. O'Donnell (SBN 312662)
alyssa.odonnell@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
RITE AID CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSTEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 3:18-cv-0152-AJB-JLB<br><br><u>CLASS ACTION</u><br><br>**REQUEST FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT RITE AID CORPORATION**<br><br>**Judge: Honorable Anthony J. Battaglia**<br><br>[Proposed Order Lodged concurrently] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB1/ 96666463.1

REQUEST FOR SUBSTITUTION OF COUNSEL
FOR DEFENDANT RITE AID CORPORATION
CASE NO. 3:18-CV-0152-AJB-JLB

**TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendant Rite Aid Corporation ("Rite Aid") will and hereby does request to substitute Tera M. Heinz (State Bar No. 241414) of Morgan, Lewis & Bockius LLP as its counsel of record in this matter in place of Thomas J. Sullivan (Pro Hac Vice) pursuant to Local Rule 83.3(f)(2), as Thomas J. Sullivan is no longer a partner at Morgan, Lewis & Bockius LLP.

Contract information for the proposed new counsel is as follows:

Tera M. Heintz
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001
Tera.heintz@morganlewis.com

| | |
|---|---|
| Dated: March 30, 2018 | SHOOK, HARDY & BACON |
| | By: /s/ Thomas J. Sullivan |
| | Thomas J. Sullivan |
| | Attorneys for Defendant |
| | RITE AID CORPORATION |
| Dated: March 30, 2018 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: /s/ Tera Heintz |
| | Tera Heintz |
| | Attorneys for Defendant |
| | RITE AID CORPORATION |
| Dated: March 30, 2018 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: /s/ Joseph Bias |
| | Joseph Bias |
| | Attorneys for Defendant |
| | RITE AID CORPORATION |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: _____
Lisa Wright

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB1/ 96666463.1

2

REQUEST FOR SUBSTITUTION OF
COUNSEL FOR DEFENDANT RITE AID
CORPORATION
CASE NO. 3:18-CV-0152-AJB-JLB